Tracy D. RELEFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49975.

Missouri Court of Appeals,
Western District.

July 25, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for post-conviction relief.

Affirmed.   Rule 84.16(b).